AO 91 (Rev 5/85)  Criminal Complaint ●

# United States District Court

EASTERN _____ DISTRICT OF _____ MICHIGAN

UNITED STATES OF AMERICA

V.

| | |
|---|---|
| D-1 | JIMIS ODISH |
| D-2 | JENY MAQI |
| D-3 | WASEM PETRUS |
| D-4 | MAHER SIKLAWI |
| D-5 | DARYL BYNUM |
| D-6 | ALAN ESTER |
| D-7 | KIMBERLY HUGHES |
| D-8 | DONZELL WILLIAMS |
| D-9 | THEODORE HOKE |
| D-10 | ALEXANDROS HUGHES |

(Name and Address of Defendants)

**CRIMINAL COMPLAINT**

CASE NUMBER: **06-30463**

FILED

OCT 6 - 2006

CLERK'S OFFICE
DETROIT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about __July 14, 2006 through on or about August 7, 2006__ in ___Wayne___ county, in the Eastern District of Michigan defendant(s) did, (Trace Statutory Language of Offense)

knowingly, intentionally and unlawfully conspire to distribute a Controlled Substance, to wit, 3,4-methylenedioxymethamphetamine (MDMA), and Possession with Intent to Distribute MDMA

in violation of Title _21_, United States Code, Section(s) _846 and 841(a)(1)_.

I further state that I am a(n) **___Task Force Officer - DEA___** and that this complaint is based on the following facts:

Official Title

see attached affidavit

Continued on the attached sheet and made a part hereof:      _x_ Yes __ No

_____ /S.
Signature of Complainant

Sworn to before me and subscribed in my presence,

__October 6, 2006__ at __Detroit, Michigan__
Date                                      City and State

_____
Signature of Judicial Officer

HONORABLE R. STEVEN WHALEN
Name & Title of Judicial Officer

D-1 Jimis ODISH
D-2 Jeny MAQI
D-3 Wasem PETRUS
D-4 Maher SIKLAWI
D-5 Daryl BYNUM
D-6 Alan ESTER
D-7 Kimberly HUGHES
D-8 Donzell WILLIAMS
D-9 Theodore HOKE
D-10 Alexandros HUGHES

## AFFIDAVIT

I, George Tsouroullis, being duly sworn, declare and state:

1.     I am a Task Force Officer (TFO) with the Drug Enforcement Administration ("DEA"), United States Department of Justice. I am currently assigned from the Sterling Heights Michigan Police Department (SHPD) to the DEA. I have been so employed by the (SHPD) since as an Officer/Detective since February 1997 and assigned to the DEA since April of 2002. I am currently assigned to the DEA Detroit Field Division Office, which is located in the Eastern District of Michigan, and have participated in numerous narcotics and money laundering investigations.

2.     Since June 2006, I have participated in a joint US/Canadian drug trafficking investigation conducted by the DEA and the Royal Canadian Mounted Police (RCMP) into the activities of certain individuals involved in transporting and distributing the controlled substance, 3,4-methylenedioxymethamphetamine, also known as MDMA, and also known as "Ecstacy." I have authored and read reports involving this investigation from several participating law enforcement agencies. The result of this investigation has led to the seizure of over 50,000 pills of MDMA. The seized MDMA pills have been analyzed for controlled substance violations by the DEA laboratory in Chicago, Illinois and have

been found positive for these violations.

3.  Intercepted telephone calls and other evidence has led the U.S. Drug Enforcement Administration ("DEA") to conduct a narcotics investigation of Jimis ODISH and others, in violation of the U.S. Controlled Substance Act. This investigation revealed that Jimis ODISH exported thousand-tablet quantities of MDMA from Canada into the United States. ODISH and members of his organization, recruited couriers such as Sanan ATOU, Alexandros HUGHES, Theodore HOKE, Allen ESTER, Donzell WILLIAMS, and others, including minors, to smuggle approximately 50,000 tablets of ecstasy into the United States. In addition, the joint RCMP/DEA investigation led agents to identify Jeny MAQI, Kimberly HUGHES, Maher SIKLAWI and Wesam PETRUS, as the recipients of the Ecstasy in the United States. Based on wiretap evidence collected by the RCMP, DEA agents request the issuance of criminal Complaints against Jimis ODISH and his coconspirators with Conspiracy to Possess With Intent to Distribute MDMA.

## STATEMENT OF THE FACTS

4.  On July 14, 2006, RCMP officers advised DEA agents that a courier was enroute from Toronto, Canada, on a passenger train to Windsor, Ontario, with approximately 40,000 ecstasy tablets. Telephone intercepts indicated that Jeny MAQI, a U.S. based drug trafficker, had ordered 20,000 ecstasy tablets. MAQI arranged for a U.S. courier to travel to Canada and bring the tablets back to her.

5.  On July 15, 2006, RCMP surveillance officers observed the Canadian courier enter a room at the ABC Motel in Windsor. In the motel parking lot, surveillance observed a Michigan plated Plymouth Breeze, 6GBH56, registered to Theodore HOKE. This vehicle had been observed by the RCMP on a prior surveillances. Shortly thereafter, RCMP

surveillance observed two black males exit the room and enter the Plymouth Breeze. Surveillance continued until the RCMP observed the Breeze enter into the Detroit/Windsor tunnel towards the United States. DEA Agents advised US Customs and Border Protection ("CBP") officers of the pending arrival of the Breeze to the port of entry. CBP officers ordered the vehicle and its occupants for a secondary inspection. A search of the occupants revealed that Theodore HOKE had approximately 9,117 tablets of ecstasy duct taped to his legs under his clothes, and Alexandros HUGHES had approximately 10,024 tablets of ecstasy duct taped to his legs under his clothes.

6. In a post arrest interview, HOKE stated that on July 14, 2006 he crossed into Canada with HUGHES. HOKE stated that they both went to a night club and were called by "Jeny" (suspected to be Jeny MAQI) and were told to go to the ABC motel to get the ecstasy. HOKE stated that HUGHES knew MAQI and had brought him (HOKE) to assist in the transportation. HOKE stated that they brought $1,600 in cash to a Chaldean male at the ABC hotel on behalf of MAQI. HOKE stated that this was his third time transporting/smuggling ecstasy to the US with HUGHES in the last six weeks. HOKE stated that the two of them had transported 6,000 tablets on the first trip and 20,000 tablets on the second trip. HOKE stated that they would take the Ecstasy to MAQI's home and give the Ecstasy directly to MAQI. Then MAQI would pay HOKE and HUGHES $1,000.00 each.

7. In a post arrest interview, HUGHES stated that he went to Windsor to get ecstasy tablets from a white male named "Steve" (a suspected relative and co-conspirator of Jimis ODISH). HUGHES stated he was to call "Steve" once he got to the US with the tablets and then would be given directions on where to take the tablets and how to get paid.

HUGHES stated this was his first time doing this.

8.      On July 18, 2006, RCMP officers contacted DEA and advised that telephone intercepts of Jimis ODISH, revealed that ODISH was organizing a 10,000 ecstasy tablet shipment. RCMP surveillance indicated a courier was enroute to Detroit, Michigan, from Windsor with approximately 10,000 ecstasy tablets. RCMP surveilled a brown Pontiac Grand Am into the Windsor/Detroit Tunnel. DEA agents advised CBP officers who subsequently ordered the vehicle and its occupants to a secondary inspection. The vehicle was occupied by minor females. A pat down of one of the females revealed multiple clear baggies of approximately 8,057 ecstasy tablets taped to her body.

9.      In a post arrest interview, one of the minor females stated that the vehicle she was driving was her fathers car but she normally was the only one who drove the car. This female stated that she went to "JAY's" (Jimis ODISH), apartment on or near Lauzon Road in Windsor just before crossing into the United States. The female stated that ODISH helped her tape the Ecstasy tablets to her body. The female further stated that she met ODISH through a mutual friend. ODISH asked the female to smuggle ecstasy for him, into the United States. This female was paid $200.00 in US currency in advance and stated that this was her first time smuggling. The female further stated that she was instructed to call ODISH after she crossed into the U.S. for further instructions.

10.     During a post arrest interview with the second minor female occupant of the vehicle, she stated that she too knew that the purpose of the trip to Canada was to pick up and transport Ecstacy to the United States.

11.     On July 22, 2006, RCMP officers contacted DEA and advised that intercepted telephone calls on Jimis ODISH revealed that an order was placed for Ecstasy tablets from

"WEEZY," suspected through investigation to be Wesam PETRUS. According to intercepted calls, a courier from the U.S. was to smuggle the Ecstasy tablets to the United States. RCMP surveillance observed a light colored Chevrolet Tahoe at a known stash house for Ecstasy. The Tahoe was registered in Michigan to a known associate of PETRUS. RCMP observed the Tahoe enter into the Detroit/Windsor Tunnel headed to the United States. CBP officers ordered a secondary check of this vehicle and its sole occupant. During their search, CBP officers located approximately 8125 tablets of ecstasy under the left rear seat cushion of the Tahoe.

12.     In a post arrest interview the driver of the Tahoe stated that he went to Windsor earlier during the day to go to a baptismal party at his cousin's home, James ODISH (a.k.a. Jimis ODISH). The Tahoe driver further stated that ODISH lived above a convenience store that his family owned on Wyandotte street in Windsor. The Tahoe driver also stated that he let ODISH use his truck for 45 minutes just prior to his departure from Windsor. The driver stated that he was the only driver of the Tahoe and was unsure how or why there were Ecstasy tablets in his vehicle. The Tahoe driver also stated that he left the party to go to work at Mathews Liquor Store in Detroit and that Wasem PETRUS was waiting for him at Mathews Liquor Store and PETRUS could attest to his employment. The Tahoe driver provided a telephone number for Wasem PETRUS that matched the number captured by RCMP telephone intercepts as the person who had ordered the Ecstasy. DEA agents later verified via cellular telephone records that this same telephone number was subscribed to by Wasem PETRUS.

13.     On July 28, 2006, RCMP officers advised DEA agents that intercepted calls revealed that Jimis ODISH and Steve ODISH had arranged for their associates to meet with two older

black males at the Windsor Casino. The intercepted calls revealed that Jeny MAQI was the intended recipient of the Ecstasy. RCMP surveillance observed two black males meeting with the ODISH's associates. All suspects then proceeded to the ABC Motel in Windsor. A short time later, both black male subjects, subsequently identified as Allen ESTER, Donzell WILLIAMS, had exited the motel room and entered into a green four door Chrysler Sebring bearing Michigan plate 3FBD00. RCMP maintained surveillance of both ESTER and WILLIAMS until they entered into the Detroit/Windsor tunnel. A few moments later CBP officers stopped the vehicle and ordered it to a secondary search. A pat down search revealed that both ESTER and WILLIAMS had large amounts of ecstasy taped to their legs under their clothing. WILLIAMS had approximately 7840 tablets of ecstasy and ESTER has approximately 7274 tablets of ecstasy.

14. ESTER and WILLIAMS agreed to cooperate and attempted a controlled delivery of the ecstasy tablets. WILLIAMS stated that he was to call a relative for further instructions once they both had successfully made entry into the United States. WILLIAMS stated that they were hired only to smuggle the pills had no further knowledge of the organization. Plans were made to have WILLIAMS and ESTER meet with the intended recipients of the Ecstasy.

15. On the same date, July 28, 2006, DEA and Immigration and Customs Enforcement ("ICE") agents established surveillance in the parking lot of the Shorecrest Motel in Detroit. RCMP officers advised that intercepted calls indicated that MAQI may be enroute to meet with the couriers. A few moments later, agents observed a black Range Rover enter into the Shorecrest Motel parking lot. The Range Rover circled around the lot and stopped at the Sebring containing ESTER AND WILLIAMS. A black male later

identified as Daryl BYNUM, exited the Range Rover and looked into the trunk of the Sebring where agents had placed a representative sample of the Ecstasy. After looking in the trunk, BYNUM re-entered the Range Rover and the vehicle drove off. As the Range Rover was attempting to leave the parking lot, agents stopped the vehicle and placed all the occupants in custody. The driver was Kimberly HUGHES, the rear passenger was Daryl BYNUM and the front passenger was Jeny MAQI. All defendants were arrested and processed at the DEA Detroit Field Division. In a post arrest interview, MAQI advised agents that she was expecting to receive 18,000 tablets of ecstasy.

16.    On July 17th, 2006, DEA SA Sam Rahi was contacted by Royal Canadian Mounted Police (RCMP) Constable Islam Issa in regards to intercepted calls involving an MDMA smuggler identified as "Maher". DEA and RCMP are conducting a joint investigation on MDMA trafficking between Canada and the US. According to Constable Issa's review of intercepted phone calls, "Maher" was to transport approximately 25,000 pills of MDMA to the US from Canada on the weekend of July 15, 2006. Constable Issa advised that Canadian MDMA sources could not reach "Maher" by telephone to verify the status of the MDMA after it was given to "Maher" to smuggle into the US.

17.    Constable Issa advised that Canadian intercepted calls indicated that Canadian suppliers were to send somebody to "Maher's home on Theisen in Dearborn MI, to check on him. Further information was given that "Maher" drove a Cadillac and lived with his family on Theisen Street within the second block from West Warren Ave in Dearborn, MI. "Maher's" telephone number was given as 313-516-9405. A subpoena pursuant to this investigation identified this telephone number to be subscribed to an address at 6924 THEISEN, Dearborn, Michigan. SA Rahi drove by this address and identified/confirmed

the home to be within two blocks of West Warren Ave. as described on the Canadian telephone intercepts. An open source data base confirmed that Maher SIKLAWI was listed as a resident at 6924 THEISEN. A check of Michigan State records found Maher SIKLAWI, registered at the 6924 THEISEN address. A check of vehicles registered to this address found at least two Cadillacs registered to SIKLAWI family members at the same address. A check of border crossings via Customs Border Protection found that Maher SIKLAWI crossed from Canada into the US on July 17, 2006, via the Ambassador Bridge connecting Windsor, Canada to Detroit, Michigan.

18. On August 7, 2006, Constable Issa advised SA Rahi that intercepted calls were made from Canada to Maher SIKLAWI's mother at telephone number 313-582-9792, advising her that Maher had stolen drugs from them and that he owed $50,000. The caller advised that they would damage her home and call police to advise that Maher was a dope dealer if Maher did not make contact with them soon. Telephone number 313-582-9792 was found to be registered to 6924 THEISEN according to open source records as a residential number. Constable Issa advised that on August 12, 2006, a call from Canadian MDMA supplier Steven ODISH to telephone number 407-462-3037 was intercepted to Maher SIKLAWI. During this call, SIKLAWI stated that he was robbed of the MDMA pills in Detroit once he had successfully smuggled them in to the US in July. SIKLAWI advised that he was in Florida and did not have money to pay for the pills.

19. Based upon the foregoing, your affiant believes there is probable cause to believe that Jimis ODISH, Jeny MAQI, Wasem PETRUS, Maher SIKLAWI, Daryl BYNUM, Alan ESTER, Kimberly HUGHES, Donzell WILLIAMS, Theodore HOKE, and Alexandros HUGHES, have violated the following statutes, 21 U.S.C. §§846,841 (Conspiracy to

Distribute a Controlled Substance, to wit, 3,4-methylenedioxymethamphetamine

(MDMA), and Possession with Intent to Distribute MDMA.

George Tsouroullis
Task Force Agent
Drug Enforcement Administration

Sworn to and subscribed before me
this __6__ th day of October, 2006

United States Magistrate Judge